UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IOVATE HEALTH SCIENCES INTERNATIONAL U.S.A, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., <br><br> Defendant. <br><br> Underlying Action: <br><br> *Orgain, Inc. v. Iovate Health Sciences International U.S.A., Inc*., C8:18-1253-JLS-ADS, C.D. Cal. | Cause No. MC21-0059RSL <br><br> ORDER |

   On May 27, 2021, Iovate Health Sciences filed a motion for order to show cause and to compel compliance with subpoenas issued to third-party Amazon.com. Amazon.com opposes the requested relief and has filed a motion for protective order. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

   Dated this 15th day of June, 2021.

                               Robert S. Lasnik
                               United States District Judge

ORDER - 1